

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-19-00225-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

On April 12, 2019, relator filed a petition for writ of mandamus. Because relator has received the relief requested in his petition, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 1, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Missy Medary presiding.